THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM COOK, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v WILLIAM COOK, Respondent.

Submitted November 16, 2015; decided November 18, 2015

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN FISHER, Appellant.

Submitted November 2, 2015; decided November 18, 2015

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHARY T. GUERIN, Appellant.

Submitted October 19, 2015; decided November 18, 2015

Motion to vacate this Court's August 21, 2015 dismissal order granted [see 26 NY3d 925 (2015)].